IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD SCOTT,

    Petitioner,                      No. CIV S-08-3151 JAM DAD P

    vs.

CAL. STATE PRISON, et al.,

    Respondent.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a peitition for writ of mandamus. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 12, 2009, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed March 12, 2009, are adopted in full;

2. Petitioner's November 21, 2008 petition for writ of mandamus (Doc. No. 1) is denied; and

3. This action is dismissed without prejudice to filing a civil rights action.

DATED: April 29, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/scot3151.800